

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> **(1) VICTOR CHOSTAK** </br> a/k/a "Victorchik" </br> a/k/a Viktor Shostak </br></br> **(2) OLEKSANDR KHARCHENKO** </br> a/k/a "Kharch" </br> a/k/a Alexander Kharchenko </br></br> **(3) ALEXEY MARCHENKO** </br> a/k/a "Buddha" </br> a/k/a "Gautama" </br> a/k/a Alexey Panov </br> a/k/a Alexey Pilyugin-Marchenko </br> a/k/a Oleksii Marchenko </br></br> **(4) OKSANA RABUTSKA** </br> a/k/a Oksana Rabucka | DOCKET NO. 3:15cr 59 </br></br> **ORDER SEALING INDICTMENT** </br></br> **UNDER SEAL** |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, for an Order directing that the Motion to Seal and this Order and Bill of Indictment and the Warrants be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Bill of Indictment and the Warrants be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 18th day of March, 2015.

                                                  *[signature]*
                                                  DAVID C. KEESLER
                                                  UNITED STATES MAGISTRATE JUDGE