UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| (1) VICTOR CHOSTAK<br>    a/k/a "Victorchik"<br>(2) OLEKSANDR KHARCHENKO<br>    a/k/a Alexander Kharchenko<br>    a/k/a "Kharch"<br>(3) ALEXEY MARCHENKO<br>    a/k/a Alexey Panov<br>    a/k/a Alexey Pilyugin-Marchenko<br>    a/k/a "Buddha"<br>    a/k/a "Gautama"<br>(4) OKSANA RABUTSKA | ) DOCKET NO. 3:15cr59-MOC<br>)<br>) **ORDER**<br>)<br>) **UNDER SEAL** |

## ORDER

For the reasons stated in the Government's Motion, the Bill of Indictment in this matter and the information contained within will be unsealed for the limited purpose of assisting domestic and foreign law enforcement, prosecutors, and judicial authorities with and in connection to the performance of their official duties, specifically the arrest and extradition of defendants to the United States.

_____
David C. Keesler
United States Magistrate Judge

Date: June 19, 2015