IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:15-CR-059-MOC-DCK |
|---|---|
| v. | ) **UNDER SEAL** |
| (2) OLEKSANDR KHARCHENKO | ) <u>ORDER</u> |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's "Motion To Seal" (Document No. 208) filed July 6, 2018. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as an order directing that the Sentencing Memorandum and this Order be sealed is necessary to protect sensitive information. Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 208) is **GRANTED**, and that the Sentencing Memorandum and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: July 9, 2018

David C. Keesler
United States Magistrate Judge